IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

JEFFREY GBOR,

    Petitioner,

  v.

                                                  Case No. 19-cv-773-bbc

G. CREWS,

    Respondent.

JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of respondent denying petitioner Jeffrey Gbor's petition for a writ of habeas corpus under 28 U.S.C. § 2241.

| /s/ | 11/18/2019 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |